**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

Ibrahim I. Ahmad

2022 DEC 30 P 4: 18

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Quincy Oliver, Deborah Capobianco- **COMPLAINT**
ward, Essex County prosecutors office, Jury Trial: ☑Yes ☐ No
Essex county probation, State of (check one)
New Jersey,

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.      Parties in this complaint:**

A.      List your name, address and telephone number.  Do the same for any additional  plaintiffs named.  Attach
        additional sheets of paper as necessary.

Plaintiff       Name              Ibrahim I. Ahmad
                Street Address    182 Johnson Ave.
                County, City      Essex, Newark
                State & Zip Code  New Jersey  07108
                Telephone Number  631-466-7680

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.    Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? State of New Jersey within Essex County

B.    What date and approximate time did the events giving rise to your claim(s) occur? Violation of Religious liberty -April 29, 2022; Cruel and unusual punishment — April 28, 2022

C.    Facts: On April 29, 2022 Quincy Oliver called and demanded that I Physically report to him at 60 Evergreen pl, East orange NJ. Despite reporting to him telophonically in Previous months due to Covid. I advise him that on the day he insisted I report was an Islamic Holiday the Eid Al-Fitr. Quincy Oliver responde by saying He dosen't care about Eid and neither does the state and if I Failed to report he would violate me and report failure to comply to the courts. Deborah Capobianco-ward confirmed that Quincy Oiiver acted on her orders as His superior. I feared taking legal action against them during that time because they could maliciously report defiant behavior to the courts, which Quincy oliver did specifically by submitting a report, portraying that I had not Satified Any of the conditions, despite him Having time stamped emails from the Supervisors of the program I Had to complete. As a result the duration of Probation was unlawfully extended and I lost my Job at Success on the Spectrum located In totowa NJ. I demand repayment For lost wages and Justice For the state allowing them to violateg my ... ... of a maslim.

-3-

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Emotional distress because I missed the Eid prayer due to the command to report to the officer, Emotional distress as a result of me losing my position of Employment, Something my academic progress allowed me to obtain. Emotional and Physical distress, specifically by interfering with my plans to 1) take care of my Family 2) Save up For post graduate Studies

## V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I demand the monetary value of $10 million For the violation of my Islamic rights. Specifically by violating my Islamic right during the Conclusion of the Holy month of Ramadan.
I Also demand that I be compensated For my lost Wages as a result of me losing my Position of Employment

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 29 day of December , 20 22.

Signature of Plaintiff

Mailing Address 182 Johnson Ave
Essex, Newark
New Jersey 07108

Telephone Number 631-466-7680

Fax Number *(if you have one)*

E-mail Address Idris 445@gmail.Com

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff:

- 5 -

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name Quincy Oliver
Street Address 60 Evergreen Pl, L
County, City Essex, East Orange
State & Zip Code New Jersey 07018

Defendant No. 2

Name Deborah Capobianco-Ward
Street Address 60 Evergreen Pl
County, City Essex, East Orange
State & Zip Code New Jersey 07018

Defendant No. 3

Name Essex County Prosecutor's office
Street Address 60 West Market
County, City Essex, Newark NJ
State & Zip Code New Jersey 07102

Defendant No. 4

Name Essex County Probation
Street Address 60 Evergreen Pl
County, City Essex, East Orange
State & Zip Code New Jersey 07018

5) State of New Jersey

**II.    Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case  involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. §  1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal Questions    [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff    [ ] U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 42 U.S.C § 1983. The State and it's agents intentionally violated and deprived me of my rights which the American Constitution Claims to honor.

1) 1st Violation of 1st Amendment
2) 14th Amendment
-2-3) Failure to protect
4) Falsify Documentation
5) Failure to provide Equal protection